JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA REVILLA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>            Defendant. | NO. EDCV 08-01448 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 3, 2009                                             /S/

                                          _____
                                          SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE